UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BELL, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAELS MANAGEMENT SERVICES, INC., and others,<br><br>    Defendants. | Case No. 21-cv-04535-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: ECF 1 |

Plaintiff Steve Bell filed a complaint against Defendants on June 11, 2021. ECF 1. In the complaint, Bell alleges that the Court has subject matter jurisdiction "because the Military Installation(s) where the housing at issue is located is within the geographical boundaries of Monterey County." *Id.* at 5. Federal courts are courts of limited jurisdiction and are presumptively without jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). A district court can have subject matter jurisdiction through federal question or diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332. The conclusory language in Bell's complaint is not sufficient to establish subject matter jurisdiction through federal question or diversity jurisdiction. Accordingly, the Court ORDERS Bell to show cause in writing why this case should not be dismissed by June 21, 2021.

**IT IS SO ORDERED.**

Dated: June 14, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge